```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                  :
                                           :
        -against-                          :
                                           :
KENNY GRULLON,                             :        1:25-cr-505-GHW
                                           :
                     Defendant.            :        ORDER
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2025

GREGORY H. WOODS, United States District Judge:

    An arraignment and initial appearance in this matter will take place on October 31, 2025 at 2:00 p.m. The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: October 29, 2025
New York, New York

                                              GREGORY H. WOODS
                                         United States District Judge