UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

KENNY GRULLON,

                Defendant.

CASE NO.: 25 Crim. 505 (GHW)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Telephone Conference scheduled for Thursday, January 22, 2026 at 9:30 am is hereby

**RESCHEDULED** to **Friday, January 30, 2026 at 1:00 pm** on the Court's conference line. The

parties, including Mr. Grullon, are directed to call: 855-244-8681; Access Code: 2308 226 4654 at

the scheduled time.

Dated:      New York, New York
            January 21, 2026

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**