UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

KENNY GRULLON,

               Defendant.

CASE NO.: 25 Crim. 505 (GHW)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Conference today, January 30, 2026, the Court orders as follows:

(1) Defendant Kenny Grullon's bail conditions are MODIFIED to the extent that his mother's grandchildren may enter the apartment to visit her once per week, but the children may not (i) stay overnight, or (ii) enter Mr. Grullon's bedroom, the door to which must remain closed at all times while the children are present.

(2) The Court will conduct a further telephone conference to review the status of Mr. Grullon's compliance with his bail conditions on **Monday March 2, 2026 at 10:00 a.m. ET** on the Court's conference line. The parties, including Mr. Grullon, are directed to call: 855-244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:      New York, New York
            January 30, 2026

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**