# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMORANDUM ENDORSED

February 26, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/27/2026___
```

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Kenny Grullon (25-CR-505-GHW)**

Dear Judge Woods:

The Defense writes to request a temporary modification of Mr. Grullon's bail conditions in this matter so that he may travel to New Jersey for the purpose of removing an interlock device that he is no longer required to have. Attached to this letter is a compliance report, which notes his last day of court-ordered installation was February 8, 2026. Mr. Grullon continues to incur expenses by having the device installed when it is no longer required.

Specifically, the Defense requests that the Court grant a temporary modification for Mr. Grullon to travel to New Jersey for the limited purpose of addressing his interlock device. Travel must be approved in advance by Pretrial and all other conditions, including curfew, remain in effect.

Undersigned counsel has communicated with both the government and Pretrial regarding this request and neither object.

Respectfully submitted,

/s/ Mitchell Schwartz
Mitchell Schwartz
Assistant Federal Defender

Application granted. The defendant's bond conditions are modified as follows: Mr. Grullon may travel to New Jersey for the purpose of removing the interlock device. He must provide his itinerary to his pretrial officer and must travel directly to and return directly from the location where the device will be removed. No deviations are permitted. All other conditions of Mr. Grullon's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: February 27, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

**NJMVC**
New Jersey Motor Vehicle Commission

Trenton, New Jersey 08666-0174
Fax to (609) 984-4407

## CERTIFICATION OF INTERLOCK COMPLIANCE-BASED REMOVAL OR NON-COMPLIANCE

| PRINT OR TYPE Driver Name *(Last, First, Middle Initial)* | | New Jersey Driver License Number | |
|---|---|---|---|
| Grullon,Kenny | | NY G76614317105891 | |

| Mailing Address | | | |
|---|---|---|---|
| 2515 Davidson Ave  1 | | | |

| City | County | State | Zip Code |
|---|---|---|---|
| Bronx | BRONX | NY | 10468 |

| Vehicle Make/Model | Year |
|---|---|
| MAZDA Mazda3 | 2009 |

| Vehicle Identification Number *(VIN)* | License Plate Number |
|---|---|
| JM1BK343791233860 | 2JY199 |

| Offense Date: | Court-Ordered Installation Period: | Date of Installation: |
|---|---|---|
| 6/6/2025 | 360 days | 6/6/2025 |

| Total Number of Days Installed: | Last Day of Court-Ordered Installation Period: |
|---|---|
| 257 | 2/8/2026 |

[X] **Compliant** (All three boxes below MUST be checked for Interlock Compliance)

- [X] During the final 30 days of the court-ordered installation period, there has been no more than one failure to take a test; and
- [X] During the final 30 days of the court-ordered installation period, there has been no more than one failure to pass a test with a breath alcohol concentration (BAC) of 0.08% or higher (unless a re-test conducted within five minutes of the initial test indicated a BAC of less than 0.08%); and
- [X] During the court-ordered installation period, the person has complied with all maintenance, repair, calibration, monitoring, and inspection requirements of the device.

[ ] Court Order Compliance achieved after previous review of non-compliance. (Attach Court Order with signature of the Judge)

**Non-Compliance: For NJ offenses: This form must be sent to the NJ sentencing court and the New Jersey Motor Vehicle Commission.**
**For Out-of-State offenses: This form must be sent to the New Jersey Motor Vehicle Commission ONLY.**

[ ] **Non-Compliant**

- [ ] During the final 30 days of the court-ordered installation period, there has been more than one failure to take a test; or
- [ ] During the final 30 days of the court-ordered installation period, there has been more than one failure to pass a test with a breath alcohol concentration (BAC) of lower than 0.08% (and there was no re-test conducted within five minutes of the initial test indicating a BAC of less than 0.08%); or
- [ ] During the court-ordered installation period, the person has failed to appear at the ignition interlock provider when required for maintenance, repair, calibration, monitoring, or inspection of the device.

**INTERLOCK PROVIDER MUST ATTACH REPORT OF NON-COMPLIANCE WITH THIS FORM.**

| Court Name | |
|---|---|
| GREENWICH TWP MUNICIPAL COURT PHILLIPSBURG | |

| Address | City and Zip Code |
|---|---|
| 50 MUNICIPAL DR | PHILLIPSBURG, NJ 08865 |

**Provider/Installer**

I certify that the information provided on this form is true and correct. I am aware that if any of the information provided on this form is false, I am subject to penalty pursuant to N.J.S.A. 2C:21-3, 2C:21-4, N.J.A.C. 13:19-6.1 et seq.

| [ ] Best Labs | [ ] 1A Smart Start, Inc. | [ ] LifeSafer | [ ] Monitech |
|---|---|---|---|
| [ ] Guardian | [ ] Alcohol Detection Systems | [☑] Intoxalock | [ ] SkyFine USA |
| [ ] Low Cost Interlock, Inc. | [ ] Roadguard (formerly Draeger) | [ ] Simple Interlock | |

| PRINT OR TYPE Ignition Interlock Service Center | New Jersey Business License Number |
|---|---|
| MK Tech Automobile Service | 000000 |

| Device Serial Number | |
|---|---|
| 1E915DC5 | |

| Name of Company Representative Authorized to Complete This Form | (Area Code) Telephone Number |
|---|---|
| Drey Blevins | (877) 777-5020 |

| Mailing Address | | |
|---|---|---|
| 111035 Aurora Avenue | | |

| City | State | Zip Code |
|---|---|---|
| Urbandale | Iowa | 50322 |

| Signature | Date of Compliance Review |
|---|---|
| *Drey Blevins* | 2/18/2026 |

Revised 10/23