UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                                             :

              -against-                      :

                                             :

KENNY GRULLON,                               :

                                             :

                          Defendant.         :

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2026

1:25-cr-505-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The conference currently scheduled for March 16, 2026 at 3:00 p.m. is rescheduled.  The

conference will take place on March 16, 2026 at 10:00 a.m. in Courtroom 12C, Daniel Patrick

Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to

appear for the conference as scheduled unless otherwise ordered by the Court.

        SO ORDERED.

Dated:  March 12, 2026
New York, New York

_____
          GREGORY H. WOODS
          United States District Judge