UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

KENNY GRULLON,

               Defendant.

CASE NO.: 25 Crim. 505 (GHW)

**BAIL MODIFICATION AND
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Conference today, April 6, 2026, the Court orders as follows:

(1)  Defendant Kenny Grullon's bail conditions are MODIFIED to permit him to travel to the District of New Jersey and the District of Connecticut for purposes of work, with notice to his Pretrial Services Officer, and within the boundaries of his curfew hours.

(2) The Court will conduct a further telephone conference to review the status of Mr. Grullon's compliance with his bail conditions on **Monday May 4, 2026 at 10:00 a.m. ET** on the Court's conference line.  The parties, including Mr. Grullon, are directed to call: 855-244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:     New York, New York
          April 6, 2026

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**