USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/2/2026_____

**MEMORANDUM ENDORSED**



# THOMAS AMBROSIO
## ATTORNEY AT LAW
Member of NJ & NY Bars

June 2, 2026

Via ECF

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Kenny Grullon, 25-cr-505 (GHW)

Dear Judge Woods,

On behalf of Mr. Grullon, I am respectfully requesting that Your Honor allow him to travel to Wilkes-Barre, PA on Friday June 5, 2026 to attend his daughter's high school graduation. The conditions of his pretrial release allow him to travel within the Southern District of New York, the District of New Jersey and the District of Connecticut.

I emailed with Josh Rothman, USPTS and Henry Ross, AUSA about this request and neither object to Mr. Grullon's travel.

Your Honor's granting of this travel request would be greatly appreciated by Mr. Grullon.

Respectfully yours,

/s/Thomas Ambrosio
Thomas Ambrosio

cc:    Kenny Grullon (via email)

Application granted.  Mr. Grullon's pretrial release conditions are modified as follows:  Mr. Grullon may travel to Wilkes-Barre, PA on Friday, June 5, 2026 to attend his daughter's high school graduation.  Mr. Grullon must travel directly to and return immediately from Wilkes-Barre, PA.  No deviations are permitted.  All other conditions of Mr. Rosario's pretrial release remain in full force and effect. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.
SO ORDERED.

Dated: June 2, 2026
New York, New York

GREGORY H. WOODS
United States District Judge

750 Valley Brook Avenue │Lyndhurst │New Jersey 07071 │201.935.3005 │201.935.7667 ∞ fax
tambrosio@legal750.com