USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
UNITED STATES OF AMERICA, :
:
-against- :
:
KENNY GRULLON, :
:
Defendant. :
---------------------------------------------------------- X

1:25-cr-505-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

An attorney appointment hearing in this matter will take place on July 22, 2026 at 9:30 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge