USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-v-

KENNY GRULLON,

Defendant.

---------------------------------------------------------------- X

1:25-cr-505-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on July 22, 2026, the deadline for Defendant to file pretrial motions is extended to August 27, 2026. The Government's oppositions to any defense motions are due no later than the date that is three weeks following the date of service of Defendant's motion. Defendant's replies, if any, are due no later than the date that is one week following the date of service of the Government's opposition.

SO ORDERED.

Dated: July 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge