USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA, :

-against- :

KENNY GRULLON, : 1:25-cr-505-GHW

Defendant. : ORDER

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

A change of plea hearing in this matter will take place on August 21, 2026 at 11:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: August 10, 2026

GREGORY H. WOODS
United States District Judge