UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/21/2026

-------------------------------------------------------------X
UNITED STATES OF AMERICA, :
:
-against- :
:
KENNY GRULLON, :
:
Defendant. :
-------------------------------------------------------------X

1:25-cr-505-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

Kenny Grullon pleaded guilty to Count 1 of the Indictment in this case. Following argument by the parties, the Court ordered that Mr. Grullon be immediately remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: August 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge