UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KENNY GRULLON,

Defendant.

CASE NO.: 25 Crim. 505 (GHW)

**BAIL MODIFICATION AND SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference to review the status of Mr. Grullon's compliance with his bail conditions currently scheduled for Friday **September 4, 2026 at 10:00 a.m. ET** (see minute entry dated July 17, 2026) is RESCHEDULED to **12:00 p.m.** on the **same** day, **Friday September 4, 2026** on the Court's conference line. The parties, including Mr. Grullon, are directed to call: 855-244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated: New York, New York
August 26, 2026

SO ORDERED

Sarah L Cave

**SARAH L. CAVE**
**United States Magistrate Judge**