UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

KENNY GRULLON,

Defendant.

CASE NO.: 25 Crim. 505 (GHW)

**BAIL MODIFICATION AND SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court having been informed that Mr. Grullon is now in custody, the telephone conference, which was rescheduled to **12:00 p.m.** on **Friday September 4, 2026** to review the status of his compliance with his bail conditions is now moot. Accordingly, the telephone conference is now CANCELLED.

Dated: New York, New York
August 26, 2026

SO ORDERED

**SARAH L. CAVE**
**United States Magistrate Judge**